# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| ALFRED A. JOHNSON SR., | : | Case No. 2:22-cv-4377 |
| Plaintiff, | : | |
| vs. | : | Judge Edmund A. Sargus, Jr. |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| TACO BELL, CORP. CALIFORNIA, | : | |
| Defendant. | : | |

## ORDER

This case was transferred to the United States District Court for the Northern District of Ohio on December 22, 2022. (Doc. 2). Plaintiff recently submitted two motions in the case, which may have been mailed before this Court's transfer Order reached him. (Doc. 3, 4). The motions are **DENIED** as **MOOT**. This case remains closed.

**IT IS SO ORDERED.**


January 4, 2023

*s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE