# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| ALFRED A. JOHNSON SR., | : Case No. 2:22-cv-4377 |
| Plaintiff, | : |
| vs. | : Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| TACO BELL, CORP. CALIFORNIA, | : |
| Defendant. | : |

## ORDER

Plaintiff's case against Taco Bell was transferred to the United States District Court for the Northern District of Ohio on December 22, 2022. (Doc. 2). This case, Case No. 2:22-cv-4377 in the United States District Court for the Southern District of Ohio, is **CLOSED** and is not proceeding.

Plaintiff filed two motions in this case after it was transferred. (Doc. 3, 4). These motions were denied as moot and Plaintiff was advised that this case was closed. (Doc. 5).

Plaintiff thereafter submitted to this Court a "Motion to Compel Mandamus" without a case number but under the caption "Alfred A. Johnson, Sr., v. Taco Bell," which was filed in this case. (Doc. 6). The motion appears to ask this Court to compel prison officials to release a piece of Plaintiff's personal mail. (*Id*.). This Court recently denied a similar motion in a separate case. *See Alfred A. Johnson, Sr., v. ODRC Annette Chambers-Smith, Dir., at al*., Case No. 2:22-cv-4179 (*see* Doc. 15, PageID 124 in that case).

The motion filed in this case (Doc. 6) is **DENIED** as **MOOT**. This case is closed on the Court's docket and is not proceeding. Plaintiff is **ORDERED** to stop filing motions in this closed

case.  Plaintiff is **ADVISED** that if he continues to file in this closed case, he may be subject to filing restrictions or sanctions in this Court.  Plaintiff is further **ADVISED** that he must include the appropriate case number on any further submissions to this Court and that filings without an appropriate case number (unless clearly instituting a new case) may be returned to him unfiled.

    **IT IS SO ORDERED.**

January 25, 2023

*s/Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE